Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation<br><br>Plaintiff<br><br>vs.<br><br>LUCY APPAREL, LLC, a Delaware limited liability company; and DOES 1-10, inclusive<br><br>Defendants | Case No. **'16CV0193 GPC JLB**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. D707,036**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff, Thirty Three Threads, Inc., formerly known as Toesox, Inc. (hereinafter "Plaintiff"), for its Complaint against Lucy Apparel, LLC, states and alleges as follows:

## PARTIES

1. Plaintiff, Thirty Three Threads, Inc., formerly known as Toesox, Inc., is

a corporation organized and existing under the laws of the State of California, and having a principal place of business at 1330 Park Center Drive, Vista, California 92081.

2. Upon information and belief, Defendant Lucy Apparel, LLC (hereinafter "Lucy") is a limited liability company organized and existing under the laws of the state of Delaware, and having a principal place of business at 3411 Silverside Road, Wilmington, Delaware 19810.

3. The true names and capacities of the Defendants named herein as DOES 1 through 10, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOE is legally responsible for the events and happenings hereinafter alleged and legally caused injury and damages proximately thereby to Plaintiff as herein alleged. Plaintiff will seek leave to amend the Complaint when the true names and capacities of said DOE Defendants have been ascertained. Lucy and DOES 1 through 10 are hereinafter collectively referred to as "Defendants".

4. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants participated in and is in some manner responsible for the acts described in this Complaint and any damages resulting therefrom.

5. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants has acted in concert and participation with each other concerning each of the claims in this Complaint.

6. Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants were empowered to act as the agent, servant and/or employees of each of the other Defendants, and that all the acts alleged to have been done by each of them were authorized, approved and/or ratified by each of the other Defendants.

## JURISDICTION AND VENUE

7. This action, as hereinafter more fully appears, arises under the patent

laws of the United States of America (35 U.S.C. §§1 *et seq.*), and is for patent infringement. Jurisdiction for all counts is based upon 28 U.S.C. §§1331, 1338(a) and (b).

8. Venue is proper under 28 U.S.C. §§1391(b) and (c) as Defendants have committed acts of infringement in this judicial district.

## **BACKGROUND OF THE CONTROVERSY**

9. On June 17, 2014, United States Patent No. D707,036 entitled "Sock" ("the '036 patent ") was duly and legally issued to Joe Patterson. Plaintiff is the record owner by assignment of the '036 patent with full and exclusive right to bring suit to enforce this patent. A true and correct copy of the '036 patent is attached hereto as Exhibit A.

10. The '036 patent relates generally to foot apparel, including a woven sock having a multitude of high friction buttons arrayed around the bottom thereof.

11. Prior to the initial filing of the instant action, Plaintiff purchased from Defendants a yoga sock. The sock is sold under the name "Lucy". A true and correct photocopy of the Lucy product is attached hereto as Exhibit B.

12. Defendants' sock product has no non-infringing use as it is solely intended to be worn as foot apparel, including as a yoga sock.

13. Defendants have been and are infringing the '036 patent by making, using, offering for sale, selling and/or importing the sock product. Defendants' acts of infringement have occurred within this district and elsewhere throughout the United States.

## **FIRST CLAIM FOR RELIEF**

### **(Patent Infringement of U.S. Patent No. D707,036)**

14. Plaintiff realleges and repeats the allegations of paragraphs 1-13 herein.

15. Plaintiff is the owner of all right, title and interest to United States Patent No. D707,036 entitled "Sock". A true and correct copy of the '036 patent was duly and lawfully issued on June 17, 2014 and is presently valid and in full effect.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

16. Upon information and belief, Defendants have been and are infringing the '036 patent within this district and elsewhere in the United States by making, using, selling, importing, distributing and/or offering for sale products that infringe one or more of the claims of the '036 patent.

17. Upon information and belief, Defendants are contributorily infringing the '036 patent within this district and elsewhere in the United States by making, using, selling, importing, distributing, or offering for sale in the United States materials for use in practicing the inventions set forth in the '036 patent, that they know to be especially made or especially adapted for use in infringement of the invention embodied in the '036 patent. Upon information and belief, these materials have no substantial non-infringement use in commerce.

18. Upon information and belief, Defendants are inducing infringement of the '036 patent within this district and elsewhere in the United States by instructing in the use of materials that infringe one or more of the claims of the '036 patent.

19. Upon information and belief, by the acts of patent infringement herein complained of, the Defendants have made substantial profits to which they are not equitably entitled.

20. By reason of the aforementioned acts of the Defendants, the Plaintiff has suffered great detriment in a sum which exceeds this Court's jurisdictional amount, but which cannot be ascertained at this time.

21. Upon information and belief, Defendants continue to infringe Plaintiff's '036 patent, and will continue to infringe Plaintiff's '036 patent to Plaintiff's irreparable harm, unless enjoined by this Court.

22. Any continuing infringement of the '036 patent by Defendants after receiving notice of the '036 patent will be willful, entitling Plaintiff to enhanced damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

A. A judgment that Defendants have infringed, contributorily infringed, and/or induced infringement of the patents-in-suit;

B. A judgment that Defendants' infringement of the patents-in-suit has been willful;

C. A preliminary and permanent injunction, pursuant to 35 U.S.C. §283, enjoining Defendants, and all persons in active concert or participation with them, from any further acts of infringement, contributory infringement or inducement of infringement of the patents-in-suit;

D. An order, pursuant to 35 U.S.C. §284, awarding Plaintiff damages adequate to compensate Plaintiff for Defendants' infringement of the patents-in-suit, in an amount to be determined at trial, but in no event less than a reasonable royalty;

E. An order, pursuant to 35 U.S.C. §284, trebling all damages awarded to Plaintiff based on Defendants' willful infringement of the patents-in-suit;

F. An order, pursuant to 35 U.S.C. §285, finding that this is an exceptional case and awarding to Plaintiff its reasonable attorneys' fees incurred in this action; and

G. That Plaintiff have such other and further relief that the Court may deem just and proper.

Dated: January 25, 2016          STETINA BRUNDA GARRED & BRUCKER


                                 By: /s/Kit M. Stetina
                                     Kit M. Stetina
                                     Attorneys for Plaintiff
                                     THIRTY THREE THREADS, INC.

## DEMAND FOR JURY TRIAL

Plaintiff, Thirty Three Threads, Inc. hereby demands a jury trial in this action.

Dated: January 25, 2016        STETINA BRUNDA GARRED & BRUCKER

By: /s/Kit M. Stetina
    Kit M. Stetina
    Attorneys for Plaintiff
    THIRTY THREE THREADS INC.

# Exhibit A


US00D707036S

(12) **United States Design Patent**  (10) Patent No.: **US D707,036 S**
Patterson  (45) Date of Patent: ✳✳ **Jun. 17, 2014**

(54) **SOCK**

(71) Applicant: **ToeSox, Inc.**, Vista, CA (US)

(72) Inventor: **Joe Patterson**, Carlsbad, CA (US)

(73) Assignee: **ToeSox, Inc.**, Vista, CA (US)

(✳✳) Term: **14 Years**

(21) Appl. No.: **29/464,408**

(22) Filed: **Aug. 15, 2013**

(51) **LOC (10) Cl.** ................................................. **02-04**
(52) **U.S. Cl.**
     USPC ......................................................... **D2/980**
(58) **Field of Classification Search**
     USPC .................... D2/897–898, 980–994, 902;
                            2/239–242, 409; 66/178 R; 36/88, 94,
                            36/102
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 39,569 A * | 8/1863 | Harmon | 2/239 |
| 5,867,838 A * | 2/1999 | Corry | 2/239 |
| 5,906,007 A * | 5/1999 | Roberts | 2/239 |
| 6,324,698 B1 * | 12/2001 | Freeman | 2/239 |
| D498,916 S * | 11/2004 | Lowell | D2/980 |
| 7,107,626 B1 * | 9/2006 | Andrews | 2/239 |
| D538,527 S * | 3/2007 | Ransan | D2/989 |
| D548,951 S * | 8/2007 | Paulin | D2/980 |
| D581,654 S * | 12/2008 | Miliotis | D2/980 |
| 7,784,115 B1 * | 8/2010 | Nemcik | 2/239 |
| D626,740 S * | 11/2010 | Stevenson | D2/981 |
| 7,882,714 B2 * | 2/2011 | Roberts | 66/186 |
| D662,311 S * | 6/2012 | Sudit | D2/980 |
| D664,349 S * | 7/2012 | Sudit | D2/980 |
| D683,949 S * | 6/2013 | Baxter | D2/983 |
| D687,155 S * | 7/2013 | Caden | D24/192 |
| 2008/0127520 A1 * | 6/2008 | Luedecke et al. | 36/102 |
| 2010/0212068 A9 * | 8/2010 | Nemcik | 2/239 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Kathleen M Sims
(74) *Attorney, Agent, or Firm* — Todd J. Langford; Eric A. Hanscom

(57) **CLAIM**

The ornamental design for a sock, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a sock, showing my new design while in use;
FIG. **2** is a bottom view;
FIG. **3** is a left side view;
FIG. **4** is a back view;
FIG. **5** is a top view;
FIG. **6** is a front; and,
FIG. **7** is a right side view thereof.
The broken lines are included for the purpose of showing environmental structure and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3

FIG. 4 FIG. 5 FIG. 6

FIG. 7

# Exhibit B



