Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation<br><br>    Plaintiff<br><br>vs.<br><br>LUCY APPAREL, LLC, a Delaware limited liability company; and DOES 1-10, inclusive<br><br>    Defendants | Case No. 16-cv-0193 GPC JLB<br><br>**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(i)** |

Since an Answer has not yet been filed in this action and pursuant to a settlement between the parties, Plaintiff, Thirty Three Threads, Inc., formerly known as Toesox, Inc. (hereinafter "Plaintiff") hereby dismisses this action with prejudice against Lucy Apparel, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i).

Dated: June 24, 2016                STETINA BRUNDA GARRED & BRUCKER

                                    By: /s/Kit M. Stetina
                                        Kit M. Stetina
                                        Attorneys for Plaintiff
                                        THIRTY THREE THREADS, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No. 16-cv-0193 GPC JLB                        2

VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on June 24, 2016.


By: /s/Kit M. Stetina
     Kit M. Stetina

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No. 16-cv-0193 GPC JLB

3

VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)